

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Derrick Beron McCowan, Appellant

No. 06-24-00084-CR    v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 23-0288X). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment as follows: "Finding on 1st Enhancement Paragraph" from "**FOUND NOT TRUE**" to "**FOUND TRUE**" and "Finding on 2nd Enhancement Paragraph" from "**FOUND NOT TRUE**" to "**FOUND TRUE**." As modified, we affirm the judgment of the trial court.

We note that the appellant, Derrick Beron McCowan, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 19, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk